# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AMANDA ZIMMERMAN p/k/a AMANDA GUTIERREZ, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:12-cv-01108-AWI-SKO<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

    This is an interpleader action brought by Plaintiff pursuant to 28 U.S.C. § 1331 under the Employee Retirement Income Security Act ("ERISA"). Executed waivers of service have been filed as to all the Defendants (Docs. 11, 13, 14, 16), but only Defendant Amanda Zimmerman has filed a responsive pleading to the complaint (Doc. 17).[1]

    In the Joint Scheduling report submitted by Plaintiff and Defendant Amanda Zimmerman, Plaintiff's counsel indicated that the remaining Defendants, Alfredo, Lucia, and Victor Gutierrez ("Gutierrez Defendants"), have informed Plaintiff's counsel that they intend to respond to the complaint prior to the December 11, 2012, Scheduling Conference. (Doc. 18, 2:12-18.) It does not appear that the Gutierrez Defendants took part in drafting the Scheduling Report or participated in

---

[1] Defendant Zimmerman's counsel filed the answer out of compliance with e-filing requirements. *See* U.S. District Court for the Eastern District of California Local Rule 133(a).

the Rule 26(f) conference to be held prior to the Scheduling Conference.

    Accordingly, IT IS HEREBY ORDERED that:

1. The Scheduling Conference currently set for December 11, 2012, will be CONTINUED to Tuesday, December 18, 2012, at 9:30 a.m. in Courtroom 7;

2. A revised Joint Scheduling Report shall be submitted by the parties no later than December 11, 2012;

3. Plaintiff shall serve this order on the Gutierrez Defendants by mail; and

4. **Further failure to respond to the complaint on the part of the Gutierrez Defendants may result in a waiver of their ability to participate in setting the scheduling deadlines in this matter and may result in the entry of their defaults.**

IT IS SO ORDERED.

Dated:   December 5, 2012                          /s/ Sheila K. Oberto
                                                         UNITED STATES MAGISTRATE JUDGE