UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMANDA ZIMMERMAN p/k/a AMANDA GUTIERREZ, an individual, et al.,<br><br>Defendants. | Case No.  1:12-CV-01108-JLT<br><br>**ORDER FOR PARTIAL DISMISSAL OF ACTION WITH PREJUDICE AND DISTRIBUTION OF FUNDS**<br><br>**(Doc. 34)** |

Before the Court is the stipulation of the parties (Doc. 34) in which they agree that:

1. Faced with the competing claims of the Defendants, UNUM filed its complaint in good faith and without any collusion with any of the parties hereto;

2. UNUM should be released, discharged and forever acquitted of and from any and all liability of any kind or nature whatsoever to any of the parties hereto on account of a) UNUM life insurance policy no. 132150 (the "Policy") issued to decedent Rafael Gutierrez' employer, Lehigh Hanson, Inc. as part of an employee benefit plan, b) the proceeds due and owing under the Policy, and c) the

1 | claims and issues in the above-captioned action.

2 | 3. UNUM should be reimbursed $5,813.80 to cover the reasonable
3 | amount of fees, costs and distributions incurred in bringing this action.

**ORDER**

Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS:**

1. UNUM is **DISMISSED WITH PREJUDICE** from this action. The parties will bear their own fees and costs <u>except</u>:

   A. UNUM SHALL be reimbursed $5,813.80 to cover the reasonable amount of fees, costs and distributions incurred by it in bringing this action.

   B. The Clerk of the Court is **DIRECTED** to pay this amount out of the funds interplead in this action. (Doc. 4) The amount **SHALL** be payable to "UNUM Life Insurance Company of America" and forwarded to UNUM's counsel of record, Daniel S. Imber, Imber Law Group, APC, 9454 Wilshire Boulevard, Penthouse, Beverly Hills, California 90212.

IT IS SO ORDERED.

Dated:   **January 11, 2013**               /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE