UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMANDA ZIMMERMAN p/k/a AMANDA GUTIERREZ, an individual, et al.,<br><br>Defendants. | Case No.  1:12-CV-01108-JLT<br><br>**ORDER REFERRING MATTER TO VDRP**<br><br>**(Doc. 36)** |

Before the Court is the stipulation of the parties electing that the matter be referred to the Court's Voluntary Dispute Resolution Program.  (Doc. 36) Therefore, good cause appearing, the matter is **REFERRED** to the **VDRP**.

IT IS SO ORDERED.

Dated: __**January 15, 2013**__          _____/s/ Jennifer L. Thurston_____
                                                              UNITED STATES MAGISTRATE JUDGE

- 1 -