Samire K. Elhouty, Esq. SBN: 282207
BORTON PETRINI, LLP
5060 California Avenue, Suite 700
Bakersfield, CA 93309
Telephone (661) 322-3051
Facsimile (661) 322-4628
E-Mail: jpeltier@bortonpetrini.com

Attorney for Defendants/Claimants-In-Interpleader, Alfredo Gutierrez, Lucia Gutierrez and Victor Gutierrez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine Corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>AMANDA ZIMMERMAN p/k/a AMANDA GUTIERREZ, an Individual; LUCIA GUTIERREZ, an individual; AND VICTOR GUTIERREZ, an individual;<br><br>    Defendants. | Case No. 1:12-CV-01108 AWI JLT<br><br>STIPULATION AND ORDER TO CONTINUE THE MID DISCOVERY STATUS CONFERENCE<br><br>(Doc. 41) |

Claimants Alfredo Gutierrez, Lucia Gutierrez, and Victor Gutierrez ("the Gutierrez family"), and Amanda Zimmerman ("Zimmerman"), by and through their respective counsel (collectively the "parties"), hereby enter into this Stipulation to continue the mid-discovery status conference to May 17, 2013, at 9:30 a.m.

WHEREAS, the parties have determined they currently have no issues to present at the mid-discovery status conference; and

WHEREAS, the parties desire to attempt mediation prior to the mid-discovery status conference;

THE PARTIES HEREBY STIPULATE to the following:

The mid-discovery status conference shall be continued to May 17, 2013, at 9:30 a.m.

IT IS SO STIPULATED.

Dated:  March 22, 2013

BORTON PETRINI, LLP

By /S/ Samire K. Elhouty
Samire K. Elhouty, Esq., Attorney for Defendants/Claimants-In-Interpleader, Lucia, and Victor Gutierrez

Dated: March 22, 2013

LAW OFFICE OF SHERI CONNELLY VINING

By /S/ Sheri C. Vining
Sheri Connelly Vining, Attorney for Amanda Zimmerman

**ORDER**

Having considered the above stipulation and good cause appearing, the mid-discovery status conference is continued to **May 17, 2013 at 9:30 a.m**. Counsel SHALL file a joint mid-dicvoery status conference report no later than May 10, 2013.

IT IS SO ORDERED.

Dated: __March 23, 2013__          /s/ Jennifer L. Thurston
                                                  UNITED STATES MAGISTRATE JUDGE