Samire K. Elhouty, Esq. SBN: 282207
BORTON PETRINI, LLP
5060 California Avenue, Suite 700
Bakersfield, CA 93309
Telephone (661) 322-3051
Facsimile (661) 322-4628
E-Mail: jpeltier@bortonpetrini.com

Attorney for Defendants/Claimants-In-Interpleader, Alfredo
Gutierrez, Lucia Gutierrez and Victor Gutierrez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine Corporation,<br><br>                              Plaintiffs,<br><br>v.<br><br>AMANDA ZIMMERMAN p/k/a AMANDA GUTIERREZ, an Individual; LUCIA GUTIERREZ, an individual; AND VICTOR GUTIERREZ, an individual;<br><br>                              Defendants. | Case No. 1:12-CV-01108 AWI JLT<br><br>STIPULATION AND ORDER TO CONTINUE THE MID DISCOVERY STATUS CONFERENCE<br><br>(Doc. 41) |

        Claimants Alfredo Gutierrez, Lucia Gutierrez, and Victor Gutierrez ("the Gutierrez family"), and Amanda Zimmerman ("Zimmerman"), by and through their respective counsel (collectively the "parties"), hereby enter into this Stipulation to continue the mid-discovery status conference to May 17, 2013, at 9:30 a.m.

        WHEREAS, the parties have determined they currently have no issues to present at the mid-discovery status conference; and

        WHEREAS, the parties desire to attempt mediation prior to the mid-discovery status conference;

        THE PARTIES HEREBY STIPULATE to the following:

        The mid-discovery status conference shall be continued to May 17, 2013, at 9:30 a.m.

k:\jlt\to_be_sig
ned\12cv1108.
o.grnt.stip.eot.s
tatus
conf.unum.awi

1

STIPULATION AND ORDER TO CONTINUE THE MID DISCOVERY STATUS CONFERENCE UNTIL MEDIATION

1          IT IS SO STIPULATED.

2    Dated:  March 22, 2013

3                           BORTON PETRINI, LLP

4

5                           By  /S/ Samire K. Elhouty

6                             Samire K. Elhouty, Esq., Attorney for
                              Defendants/Claimants-In-Interpleader, Lucia,
7                             and Victor Gutierrez

8    Dated: March 22, 2013           LAW OFFICE OF SHERI CONNELLY VINING

9

10                          By  /S/ Sheri C. Vining
                              Sheri Connelly Vining, Attorney for Amanda
11                            Zimmerman

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

k:\jlt\to_be_sig
ned\12cv1108.
o.grnt.stip.eot.s
tatus
conf.unum.awi

2

STIPULATION AND ORDER TO CONTINUE THE MID DISCOVERY STATUS CONFERENCE UNTIL MEDIATION

**<u>ORDER</u>**

Having considered the above stipulation and good cause appearing, the mid-discovery status conference is continued to **May 17, 2013 at 9:30 a.m**.  Counsel SHALL file a joint mid-dicvoery status conference report <u>no later than May 10, 2013</u>.


IT IS SO ORDERED.

Dated:   **<u>March 23, 2013</u>**                    <u>       /s/ Jennifer L. Thurston</u>
                                                            UNITED STATES MAGISTRATE JUDGE

k:\jlt\to_be_sig
ned\12cv1108.
o.grnt.stip.eot.s
tatus
conf.unum.awi

3
STIPULATION AND ORDER TO CONTINUE THE MID DISCOVERY STATUS CONFERENCE UNTIL MEDIATION