UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMANDA ZIMMERMAN p/k/a AMANDA GUTIERREZ, an individual, et al.,<br><br>Defendants. | Case No. 1:12-CV-01108-JLT<br><br>**ORDER AMENDING SCHEDULING ORDER**<br><br>**(Doc. 44)** |

Before the Court is the stipulation of the parties seeking to extend the deadline by which they must disclose their experts. (Doc. 44) Currently, they are required to disclose experts on April 19, 2013 and their rebuttal experts on May 10,. 2013. (Doc. at 2) The reason for this change is to allow the parties to complete mediation efforts before disclosing experts. (Doc. 44)

Good cause appearing, the Court **ORDERS** the scheduling order amended as follows:

1.   Expert disclosure SHALL occur no later than 9:30 a.m. on May 24, 2013;

- 1 -

2. Rebuttal experts SHALL be disclosed no later than June 7, 2013;

3. Expert discovery SHALL be completed no later than June 24, 2013.

**No other modifications to the scheduling order are authorized.**

IT IS SO ORDERED.

Dated:   **April 19, 2013**                           **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE