UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMANDA ZIMMERMAN, et al.,<br><br>Defendants. | Case No. 1:12-CV-01108-JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br><br>**(Doc. 46)** |
|---|---|

On May 7, 2013, the parties filed a notice of settlement. (Doc. 46) Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. No later than May 28, 2013, the parties **SHALL** file a stipulated request for dismissal;

2. All pending dates are **VACATED**.

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

IT IS SO ORDERED.

Dated:   **May 14, 2013**                         /s/ Jennifer L. Thurston
                                                                  UNITED STATES MAGISTRATE JUDGE