UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>AMANDA ZIMMERMAN, et al.,<br><br>Defendants. | Case No. 1:12-CV-01108-JLT<br><br>**ORDER GRANTING STIPULATION TO DISBURSE FUNDS ON DEPOSIT WITH THE COURT (Docs. 48, 49)**<br><br>**ORDER GRANTING STIPULATION TO DISMISS THE MATTER** |

Before the Court is the stipulation to disburse the funds on deposit with the Court and to dismiss this case. (Docs. 48, 49) The parties have provided their settlement agreement and request the Court maintain jurisdiction over this matter for a period of one year, for enforcement purposes. Id. at 2. Notably, the stipulation for dismissal agrees the matter will be dismissed with prejudice and with the parties bearing their own costs.

Based upon the stipulation of the parties and counsel, the Court **ORDERS**:

1. Pursuant to the Mutual Settlement and Release Agreement, the stipulation of the parties, and this Court's authority under Federal Rules of Civil Procedure Rule 67 and Local Rule 150, the Clerk is hereby authorized and directed to withdraw the $233,063.78 principal plus all interest accrued. The Clerk is further ordered to deduct a registry fee as a percentage of interest earned on the investment, not to exceed ten percent (10%), and disburse the remaining funds to:

| | |
|---|---|
| Name: | Amanda Zimmerman |
| Address: | Law Office of Sheri Connelly Vining<br>1227 'L' Street<br>Bakersfield, CA 93301 |
| Amount Due: | 50% of principal and accrued interest. |
| Name: | Victor Gutierrez, Lucia Gutierrez, Alfredo Gutierrez, & Borton Petrini, LLP |
| Address: | Borton Petrini, LLP<br>5060 California Avenue, Suite 700<br>Bakersfield, CA 93309 |
| Amount Due: | 50% of principal and accrued interest. |

2. The above-entitled matter, and all claims asserted therein, is hereby **DISMISSED WITH PREJUDICE** and without costs;

3. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement, attached hereto as Exhibit 1 and incorporated herein by reference, for a period not to exceed one year.

IT IS SO ORDERED.

Dated:   **May 21, 2013**                         **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE